George Ewald, Jr., an Infant, by George Ewald, His Guardian ad Litem,

Respondent, v. ANTHONY NUOBARA, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.